```
 1  Richard D. Carter (SBN 125523)
    Eugene P. Sands (SBN 171504)
 2  CARTER SANDS, LLP
    24025 Park Sorrento, Suite 280
 3  Calabasas, California  91302
    Telephone:    (818) 914-5585
 4  Facsimile:    (818) 473-4230
    Email:        rcarter@cartersandslaw.com
 5                esands@cartersandslaw.com

 6  Attorneys for Plaintiffs
    JJC FOODS, INC., and JOHN CLIFFORD
 7

 8  SONIA MARTIN (SBN 191148)
    MENGMENG ZHANG (SBN 280411)
 9  DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
10  San Francisco, California  94105
    Telephone:    (415) 267-4000
11  Facsimile:    (415) 267-4198
    Email:        sonia.martin@dentons.com
12                mengmeng.zhang@dentons.com

13  Attorneys for Defendant
    NATIONWIDE MUTUAL INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJC FOODS, INC., a California Corporation dba The Depot and Culinary Creations; JOHN CLIFFORD, an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02384-WBS-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND FINAL PRETRIAL CONFERENCE**<br><br>Action Filed: September 26, 2019 |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request the Court approve and give effect to their stipulation:

　　　1.　　In the Court's June 5, 2020 Status (Pretrial Scheduling) Order, the Court set this case for a final pretrial conference on July 6, 2021 and trial on September 8, 2021.

-1-
CASE NO. 2:19-CV-02384-WBS-DMC　　　STIPULATION AND PROPOSED ORDER TO CONTINUE
　　　　　　　　　　　　　　　　　　　　　　TRIAL DATE AND PRETRIAL DEADLINES

2. Defendant's counsel is scheduled to begin trial in *Glory Properties, Inc. v. Scottsdale Insurance Company*, U.S.D.C., Eastern District of California, Case No. 2:19-cv-01748-JAM-CKD, on August 30, 2021.

3. The parties therefore request the Court continue the trial date, by approximately thirty (30) days, to October 5, 2021, or to a subsequent date convenient to the Court.

4. The parties further request the Court continue the final pretrial conference to August 3, 2021, to correspond with the new trial date.

IT IS SO STIPULATED.

Dated: June 17, 2020            CARTER SANDS, LLP

By  /S/ EUGENE SANDS_____
RICHARD D. CARTER
EUGENE P. SANDS

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

Dated: June 17, 2020            DENTONS US LLP

By:  /S/SONIA MARTIN
SONIA MARTIN
MENGMENG ZHANG

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

### ORDER

Based on the parties' stipulation, the Court concludes there is good cause to continue the trial date to **October 5, 2021 at 9:00 a.m.** and the final pretrial conference to **August 2, 2021 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 18, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE