Richard D. Carter (SBN 125523)
Eugene P. Sands (SBN 171504)
CARTER SANDS, LLP
24025 Park Sorrento, Suite 280
Calabasas, California  91302
Telephone:     (818) 914-5585
Facsimile:      (818) 473-4230
Email:            rcarter@cartersandslaw.com
                     esands@cartersandslaw.com

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California  94105
Telephone:     (415) 267-4000
Facsimile:      (415) 267-4198
Email:            sonia.martin@dentons.com
                     mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJC FOODS, INC., a California Corporation dba The Depot and Culinary Creations; JOHN CLIFFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02384-WBS-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND FINAL PRETRIAL CONFERENCE**<br><br>Action Filed: September 26, 2019 |

Plaintiffs JJC Foods, Inc. and John Clifford and defendant Nationwide Mutual Insurance Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and respectfully request the Court approve their stipulation for good cause shown:

-1-

CASE NO. 2:19-CV-02384-WBS-DMC        FURTHER STIPULATION AND ORDER TO CONTINUE
                                                                    TRIAL DATE AND PRETRIAL DEADLINES

1  WHEREAS, on June 19, 2020, this Court granted the Parties' stipulated request (Dkt. No. 13) to continue the final pretrial conference to August 2, 2021 and trial to October 5, 2021.

3  WHEREAS, the Parties are engaged in productive settlement negotiations and wish to continue exploring settlement without incurring litigation costs associated with a summary judgment motion that may be unnecessary;

6  WHEREAS, the Parties request a continuance of the current trial date to February 8, 2022 and a continuance of the current final pretrial conference to December 6, 2021, or to subsequent dates convenient to the Court's calendar, and request a concurrent continuance of all motion deadlines (including but not limited to dispositive motion deadlines) and nonexpert and expert discovery deadlines;

11 WHEREAS, the Parties stipulate and request the Court enter the following revised Status (Pretrial Scheduling) Order:

| | |
|---|---|
| Designation of Expert Witnesses | June 1, 2021 |
| Expert Discovery Cut-Off: | July 6, 2021 |
| Completion of All Discovery | August 2, 2021 |
| Discovery Motion Hearing Cut-Off | August 2, 2021 |
| Dispositive Pre-Trial Motion Hearing Cut-Off: | September 10, 2021 |
| Final Pretrial Conference: | December 6, 2021 |
| Trial: | February 8, 2022 |

20 WHEREAS, the requested trial and final pretrial conference dates have been cleared with the Court's calendar.

**IT IS SO STIPULATED.**

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

| | | |
|---|---|---|
| 1 | Dated: January 6, 2021 | CARTER SANDS, LLP |

By  (As Approved On 1/06/2021)
   /s/ RICHARD D. CARTER
       RICHARD D. CARTER
       EUGENE P. SANDS

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

Dated: January 6, 2021                    DENTONS US LLP


By:  /s/ SONIA MARTIN
       SONIA MARTIN
       MENGMENG ZHANG

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: January 7, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE