Richard D. Carter (SBN 125523)
Eugene P. Sands (SBN 171504)
CARTER SANDS, LLP
24025 Park Sorrento, Suite 280
Calabasas, California 91302
Telephone: (818) 914-5585
Facsimile: (818) 473-4230
Email: rcarter@cartersandslaw.com
       esands@cartersandslaw.com

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
       mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJC FOODS, INC., a California Corporation dba The Depot and Culinary Creations; JOHN CLIFFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02384-WBS-DMC<br><br>**FRCP RULE 41 STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON**<br><br>Action Filed: September 26, 2019 |

-1-

CASE NO. 2:19-CV-02384-WBS-DMC          FRCP RULE 41 STIPULATION FOR DISMISSAL
                                                                             WITHOUT PREJUDICE AND ORDER THEREON

Plaintiffs JJC Foods, Inc. and John Clifford, and defendant Nationwide Mutual Insurance Company, by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: February 12, 2021					CARTER SANDS, LLP


								By /s/Richard Carter _____
								     RICHARD D. CARTER
								     EUGENE P. SANDS

								Attorneys for Plaintiffs
								JJC FOODS, INC., and JOHN CLIFFORD

Dated: February 12, 2021					DENTONS US LLP


								By: /s/Sonia Martin
								     SONIA MARTIN
								     MENGMENG ZHANG

								Attorneys for Defendant
								NATIONWIDE MUTUAL INSURANCE COMPANY

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000