Richard D. Carter (SBN 125523)
Eugene P. Sands (SBN 171504)
CARTER SANDS, LLP
24025 Park Sorrento, Suite 280
Calabasas, California 91302
Telephone: (818) 914-5585
Facsimile: (818) 473-4230
Email: rcarter@cartersandslaw.com
   esands@cartersandslaw.com

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Email: sonia.martin@dentons.com
   mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJC FOODS, INC., a California Corporation dba The Depot and Culinary Creations; JOHN CLIFFORD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02384-WBS-DMC<br><br>**AMENDED FRCP RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>Action Filed: September 26, 2019 |

Plaintiffs JJC Foods, Inc. and John Clifford, and defendant Nationwide Mutual Insurance Company, by and through their respective counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed <u>with</u> prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 17, 2021                               CARTER SANDS, LLP


By */s/Richard Carter* _____ _____
        RICHARD D. CARTER
        EUGENE P. SANDS

Attorneys for Plaintiffs
JJC FOODS, INC., and JOHN CLIFFORD

Dated:  February 17, 2021                               DENTONS US LLP


By: */s/Sonia Martin*
        SONIA MARTIN
        MENGMENG ZHANG

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

## <u>AMENDED ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED <u>WITH</u> PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  February 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE